NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000397
19-NOV-2012
08:33 AM**

NO. CAAP-12-0000397

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
OTTAVIA ZEFFILINI, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3P210-1590)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) on April 13, 2012, Defendant-Appellant Ottavia Zeffilini (Appellant), pro se, filed a notice of appeal;

(2) the record on appeal was filed on May 25, 2012, and the appellate clerk informed Appellant that the statement of jurisdiction was due June 4, 2012 and the opening brief was due July 5, 2012;

(3) Appellant did not file either document;

(4) on October 22, 2012, the appellate clerk informed Appellant that:

(a) the time for filing the statement of jurisdiction and the opening brief had expired;

(b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on November 1, 2012 for such action as the court deems proper; and

(c) the appeal may be dismissed; and

(5) thereafter, Appellant did not file the statement of jurisdiction and opening brief or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, November 19, 2012.

Presiding Judge

Associate Judge

Associate Judge